

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/03/2010

| IN RE: | § | Case No. 09-38882 |
|---|---|---|
| WARREN ANDREW ANDERSON, | § | Chapter 13 |
| Debtor(s). | § | Judge Isgur |

## ORDER SETTING HEARING

A hearing will be conducted at **10:00 a.m. on March 8, 2010,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas, to consider Mellon Trust Company's 362 Relief from Stay (Doc. #12). The Court will consider evidence and arguments, as appropriate. Within two business days of receipt of this notice, the movant shall serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service with the Court.

SIGNED **February 3, 2010.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE