IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: Warren A. Anderson | § § | Case No. 09-38882 (Chapter 13) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th date of February 2010, I sent a true and correct copy of the **Order Setting Hearing (Docket No. 48)** attached hereto as Exhibit "A" to the following parties by the following means:

**(1)** Counsel for Debtor (by regular first class mail):
**Thomas Frederick Jones, III**
Bailey & Gaylen
18333 Egret Bay Blvd
Houston, TX 77035

**(2)** Debtor (by regular first class mail):
**Warren A. Anderson**
6438 Coachwood Drive
Houston, TX 77058

**(3)** Party requesting notice (by regular first class mail):
**Capital One Auto Finance Department**
P.O. BOX 201347
ARLINGTON, TX 76006

**(4)** Party requesting notice (by regular first class mail):
**Recovery Management Systems Corporation**
Authorized agent for GE Money Bank
25 SE 2nd Ave Ste 1120
Miami, FL 33131-1605

**(5)** The United States Trustee (by regular first class mail)
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002

**(6)** The Chapter 13 Trustee
David G. Peake
9600 Hillcroft
Suite 430
Houston, TX 77096

        /s/Bruce M. Badger _____
        Bruce M. Badger
        Badger Law Office
        SBN 01498700
        3400 Avenue H, Second Floor
        Rosenberg, TX 77471
        (832) 595-8888; Metro (281) 633-9900
        Fax (281) 633-9916
        ATTORNEY FOR MOVANT